## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **KINGVISION PAY-PER-VIEW CORP., LTD.** )<br>)<br>    **Plaintiff,** )<br>v. )<br>)<br>**HARRY O'S PUB, INC** )<br>d/b/a **HARRY O'S PUB** )<br>2153 Hancock Street )<br>Philadelphia, PA 19148 )<br>)<br>and )<br>)<br>**Harry Sheppard, Jr.** )<br>2153 Hancock Street )<br>Philadelphia, PA 19148 )<br>    **Defendants.** ) | Civil Action No.:02-cv-3007 |

## REQUEST FOR ENTRY OF DEFAULT

Plaintiff, Kingvision Pay-Per-View Corp., Ltd., by its attorneys, Harper & Paul, pursuant to Fed. R. Civ. P. 55(a), requests this Court to enter the default of Defendants, Harry O's Pub, Inc. d/b/a Harry O's Pub and Harry Sheppard, Jr., in this action.  In support thereof, Kingvision Pay-Per-View Corp., Ltd. states:

1.   The Complaint in this action was filed on May 21, 2002.

2.   On June 28, 2002, the Resident Agent for Harry O's Pub, Inc. d/b/a Harry O's Pub was personally served with a Summons and Complaint.  At the same time, Harry Sheppard, Jr. Individually, was personally served with a Summons and Complaint.  Affidavits of Service of Process establishing service of the Summons and Complaint upon these individuals have been filed in this action.

3. Pursuant to the provisions of Fed. R. Civ. P. 12, Defendants were required to serve an answer or otherwise respond to the Complaint within twenty (20) days after being served with the Summons and Complaint. As such, an answer or responsive pleading on behalf of Defendants was to be filed in this action on or before July 18, 2002.

4. As of the date of this Request, both Defendants, Harry O's Pub, Inc. d/b/a Harry O's Pub and Harry Shappard have failed to file an answer or any other pleadings in response to the Complaint.

5. Fed. R. Civ. P. 55(a) provides that "[w]hen a party against whom a judgment for affirmative relief is sought has failed to plead or otherwise defend as provided by [the Federal Rules of Civil Procedure] and that fact is made to appear by affidavit or otherwise, the Clerk shall enter the party's default." Because Defendants have failed to plead or otherwise defend in this action, the Clerk of this Court should enter a default against them.

WHEREFORE, Plaintiff, Kingvision Pay-Per-View Corp., Ltd., requests that the Clerk enter the default of Defendants, Harry O's Pub, Inc. d/b/a Harry O's Pub and Harry Sheppard, in this action.

Respectfully submitted,

BY:_____
SHARON N . HARVEY, Esquire
Attorneys for Plaintiff
Kingvision Pay-Per-View Corp., Ltd.

A:\HARRYO'S.REQ