IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JOE HANDS PROMOTIONS, INC.** : | |
| : | |
| **Plaintiff,** : | Civil Action No. 02-CV-3007 |
| : | |
| vs. : | |
| : | |
| **HARRY O'S PUB, INC.** : | |
| **d/b/a HARRY O'S PUB** : | |
| **and Harry Sheppard, Jr.** : | |
| **2153 Hancock Street** : | |
| **Philadelphia, PA 19148** : | |
| : | |
| **Defendants.** : | |

## ORDER

AND NOW, this _____ day of _____, 2002, upon consideration of Plaintiff's unopposed Motion for Default Judgement, and defualt having been entered against the Defandant, it is hereby ORDERED that:

1. The Motion for Default Judgment is GRANTED:

2. JUDGEMENT IS ENTERED in for of Joe Hands Promotions, Inc. and against Harry O's Pub, Inc, and Harry Sheppard, Jr. in the amount of $11,830.00 (consisting of (a) $10,000.00 in statutory damamges, (b) $1,635.00 in attorney fees, and (c) $195.00 in cost); and

3. The Clerk shall CLOSE this case statistically.

BY THE COURT:

_____, J.