IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JOE HANDS PROMOTIONS, INC.** : | |
| : | |
| **Plaintiff,** : | Civil Action No. 02-CV-3007 |
| : | |
| vs. : | |
| : | |
| **HARRY O'S PUB, INC.** : | |
| **d/b/a HARRY O'S PUB** : | |
| **and Harry Sheppard, Jr.** : | |
| **2153 Hancock Street** : | |
| **Philadelphia, PA 19148** : | |
| : | |
| **Defendants.** : | |

## JUDGMENT BY DEFAULT PURSUANT TO RULE 55
## OF THE FEDERAL RULES OF CIVIL PROCEDURE

It appearing from the records in the above-entitled action that an entry of default for want of answer or other defense was made on June 28, 2002 as to Defendants, Harry O's Pub, Inc. d/b/a Harry O's Pub and Harry Sheppard, Jr. for failure to plead or otherwise defend as provided by the Federal Rules of Civil Procedure; and it appearing that Defendants were properly served on July 15, 2002; and this action having come before the Court for a hearing pursuant to Rule 55(b)(2), F.R.Civ.P. to determine damages as to Count I and Count II of the Complaint; and the issues having been heard and a decision having been rendered, it is this _____ day of _____, 2002, by the United States District Court for the District of Pennsylvania.

ORDERED and ADJUDGED:

1. That judgment by default be and the same is hereby entered in favor of Plaintiff, Joe Hands Promotions, Inc., against Defendants, Harry O's Pub, Inc d/b/a Harry O's Pub and Harry Sheppard, Jr, jointly and severally, as to Count I, in the amount of ten thousand dollars($10,000.00) as statutory damages; in the amount of one thousand six hundred thirty-five dollars ($1635.00) for attorneys' fees; and the amount of one hundred ninety-five dollars ($195.00) for costs; for a total amount of eleven thousand eight hundred thirty dollars ($11,830.00).

2. That judgement by default and same is hereby entered in favor of Plaintiff, Joe Hands Promotions, Inc. against Defendant, Harry O's Pub, Inc. and Harry Sheppard, Jr., jointly and severally, as to Count II in the amount of $10,000 as statutory damages:

3. In which the Court finds that the violation was committed willfully and for purposes of commercial advantage or private financial gain. That judgement by default and the same entered in favor of Plaintiff and against Defendants jointly and severally as or Count II whether actual or statutory in the amount of $50,000.00.

4. The Court will make no determination whether or not Plaintiff's claims against the Defendants are dischargeable under Bankruptcy Code §523(a).

_____

United States District Court

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JOE HANDS PROMOTIONS, INC.** : <br> : <br> **Plaintiff,** : <br> : <br> vs. : <br> : <br> **HARRY O'S PUB, INC.** : <br> **d/b/a HARRY O'S PUB** : <br> **and Harry Sheppard, Jr.** : <br> **2153 Hancock Street** : <br> **Philadelphia, PA 19148** : <br> : <br> **Defendants.** : | Civil Action No. 02-CV-3007 |

## ORDER

AND NOW, this _____ day of _____, 2002, upon consideration of Plaintiff's unopposed Motion for Default Judgement, and default having been entered against the Defendant, it is hereby ORDERED that:

1. The Motion for Default Judgment is GRANTED:

2. JUDGEMENT IS ENTERED in for of Joe Hands Promotions, Inc. and against Harry O's Pub, Inc, and Harry Sheppard, Jr. in the amount of $11,830.00 (consisting of (a) $10,000.00 in statutory damages, (b) $1,635.00 in attorney fees, and (c) $195.00 in cost); and

3. The Clerk shall CLOSE this case statistically.

BY THE COURT:

_____, J.