IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JOE HANDS PROMOTIONS, INC.     :    CIVIL ACTION
                              :
           VS.                    :
                              :
HARRY O'S PUB, INC., d/b/a         :
Harry O's Pub and Harry Sheppard, Jr.  :   NO. 02-3007

## O R D E R

_____**AND NOW,** this 18th day of December, 2002, upon consideration of the

Plaintiff's Motion for Default Judgment (Document No. 6), and the certificate of service[1],

it is **ORDERED** that the motion is **DENIED WITHOUT PREJUDICE**.

         **IT IS FURTHER ORDERED** that the plaintiff shall serve any future motion

for default judgment upon the defendants by certified mail, return receipt requested and

by regular mail.  Plaintiff shall file an appropriate affidavit of service.


                               _____
                               TIMOTHY J. SAVAGE, J.

---

[1]Because there is no proof that the defendants received notice of the motions, the certificate of service is insufficient.