**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **JOE HANDS PROMOTIONS, INC.** | : | **CIVIL ACTION** |
| | : | |
| | : | **NO. 02-CV-3007** |
| **v.** | : | |
| | : | |
| | : | |
| **HARRY O'S PUB, INC.** | : | |
| d/b/a **HARRY O'S PUB** | : | |
| and **HARRY SHEPPARD, JR.** | : | |

## *ORDER*

**AND NOW**, this 13th day of May, 2003, upon consideration of the plaintiff's motion for default judgment (Document No. 15 ) pursuant to Fed.R.Civ.P. 55, it is **ORDERED** that default **JUDGMENT IS ENTERED** in favor of plaintiff, Joe Hands Promotions, Inc. against defendant, Harry O's Pub, Inc., d/b/a Harry O's Pub.

An assessment of damages hearing is scheduled for Tuesday, May 20, 2003 at 12:15 p.m. in Courtroom 15B, United States Courthouse, 601 Market Street, Philadelphia, Pennsylvania.

BY THE COURT:

_____
TIMOTHY J. SAVAGE, J.