## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JOE HANDS PROMOTIONS, INC.** | : | **CIVIL ACTION** |
| | : | |
| | : | **NO. 02-CV-3007** |
| **v.** | : | |
| | : | |
| | : | |
| **HARRY O'S PUB, INC.** | : | |
| d/b/a **HARRY O'S PUB** | : | |
| and **HARRY SHEPPARD, JR.** | : | |

### *ORDER*

**AND NOW**, this 20th day of May, 2003, upon consideration of plaintiff's counsel's inexcusable failure to appear at the assessment of damages hearing scheduled this date, it is **ORDERED** that the **JUDGMENT** previously entered in favor of the plaintiff and against the defendants is **STRICKEN** and the complaint is **DISMISSED.**[1]

BY THE COURT:

_____
TIMOTHY J. SAVAGE, J.

---

[1] Plaintiff's counsel advised the Deputy Clerk that she had received the Order scheduling the hearing. However, she admitted that she had not read it.