IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOE HANDS PROMOTIONS, INC. | : | CIVIL ACTION |
| | : | |
| | : | NO. 02-CV-3007 |
| v. | : | |
| | : | |
| | : | |
| HARRY O'S PUB, INC. | : | |
| d/b/a HARRY O'S PUB | : | |
| and HARRY SHEPPARD, JR. | : | |

## *ORDER*

**AND NOW**, this 2nd day of July, 2003, upon consideration of the Plaintiff's Motion for Reinstatement of Complaint (Document No. 18), it is **ORDERED** that the motion is **DENIED**.

BY THE COURT:

_____
TIMOTHY J. SAVAGE, J.